1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF ARIZONA**

6 _____
                                     )
7 Stacy Brown;                       )    **No.  CV 10-2677-PHX-JAT**
                                     )
8                                    )
                                     )
9     Plaintiff,                     )
                                     )
10 v.                                )
                                     )           **ORDER**
11 Thunderbird Collection            )
   Specialists, Inc.;               )
12                                   )
                                     )
13     Defendant.                    )
                                     )
14 _____ )

15     Plaintiff  and  Defendant  having  stipulated  to

16 dismissal of this action with prejudice (Doc. 13), and

17 good cause appearing,

18     **IT IS HEREBY ORDERED** dismissing this action with

19 prejudice, each party to bear its own attorney's fees and

20 costs.   The  March  28,  2011  scheduling  conference  is

21 vacated.

22     DATED this 15th day of February, 2011.

23

24                                    _____
                                        James A. Teilborg
25                                      United States District Judge